IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANJUM HERRERA,

     Plaintiff,                                  No. CIV S-10-2124 GGH

     vs.

THE PEPSI BOTTLING GROUP, INC., et al.,

     Defendant.

AMENDED STATUS (PRETRIAL SCHEDULING) ORDER

_____/

On December 13, 2010, plaintiff filed objections to this court's scheduling order.[1] Accordingly, the status (pretrial scheduling) order, issued December 10, 2010, is amended only as follows in regard to dates.[2] The remainder of the order remains in effect.

Accordingly, IT IS ORDERED that:

1. The parties may conduct discovery until August 25, 2011. Motions to compel discovery are to be noticed to be heard by August 11,

---

[1] Plaintiff's objection to the effect that the parties have not submitted a joint status report or initial disclosures is not well taken. This action was commenced on April 16, 2010, and has been assigned to no less than five different judges in three different courts over the intervening eight month period. The case has been scheduled at least a couple of times during that period.

[2] Plaintiff, although requesting modification to a "much later date," has made no suggestions as to specific dates.

1

1    2011, as more specifically described in this order (the initial and
2    amended order).
3    2.    The parties shall disclose experts, as described , by July 21, 2011.
4    3.    All pretrial motions, except motions to compel discovery, shall be
5    completed as described on or before October 13, 2011.
6    4.    Pretrial conference (as described in local rule 16-282) is set in this case for
7    December 1, 2011 at 10:00 a.m.  Pretrial statements shall be filed in
8    accord with Local Rules 16-281 and 16-282.
9    5.    This matter is set for jury trial on January 9, 2012 at 9:00 a.m.

DATED: December 29, 2010

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

GGH:076/Herrera2124.sch.wpd

2