IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANJUM HERRERA,

        Plaintiff,                     No. CIV S-10-2124 GGH

    vs.

THE PEPSI BOTTLING GROUP, INC., et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, proceeding with counsel, has requested that this action be dismissed. The parties have stipulated to dismissal. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed with prejudice.

        Accordingly, the Clerk of Court shall close this case.

DATED: April 19, 2011

                                /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

GGH:076/Herrera2124.59.wpd